PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>CESAR CASTRO,<br><br>                          Defendant. | CASE NO.  1:21-CR-00181-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 9, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 9, 2022.

2.     By this stipulation, defendant now moves to continue the status conference until April 27, 2022, and to exclude time between February 9, 2022, and April 27, 2022.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The undersigned defense counsel was appointed to take over the case on November 1, 2021.

        b)     The government has represented that the discovery associated with this case includes investigative reports, body camera video, and criminal history information. All of this discovery was provided to prior defense counsel and is in the process of being re-provided to

current defense counsel, and has been made available for inspection and copying.

c)      Counsel for defendant desires additional time to review the discovery, discuss the case with his client, conduct additional investigation, and discuss potential resolution with the government.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2022 to April 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 1, 2022                         PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                                 /s/ KATHERINE E. SCHUH
                                                 KATHERINE E. SCHUH
                                                 Assistant United States Attorney


Dated:  February 1, 2022                         /s/ Douglas C. Foster
                                                 Douglas C. Foster
                                                 Counsel for Defendant
                                                 CESAR CASTRO


## ORDER

IT IS SO ORDERED that the status conference is continued from February 9, 2022, to **April 27, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 2, 2022**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE