PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>CESAR CASTRO,<br><br>                    Defendant. | CASE NO. 1:21-CR-00181-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: April 27, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 27, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until July 13, 2022, and to exclude time between April 27, 2022, and July 13, 2022.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, body camera video, and criminal history information. All of this discovery was provided to prior defense counsel and is in the process of being re-provided to current defense counsel, and has been made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review the discovery, discuss the

case with his client, and conduct additional investigation. The government also provided a plea offer in this case, and counsel for the defendant desires additional time to confer with his client and the government regarding the government's offer.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2022 to July 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

1   must commence.

2         IT IS SO STIPULATED.

3

4

5   Dated:  April 18, 2022                    PHILLIP A. TALBERT
                                         Acting United States Attorney

6

7                                            /s/ KATHERINE E. SCHUH
                                         KATHERINE E. SCHUH

8                                            Assistant United States Attorney

9

10  Dated:  April 18, 2022                    /s/ Douglas C. Foster
                                         Douglas C. Foster

11                                           Counsel for Defendant
                                         CESAR CASTRO

12

13

14                                         **ORDER**

15        IT IS SO ORDERED that the status conference is continued from April 27, 2022, to **July 13,**

16  **2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**  Time is excluded pursuant to 18

17  U.S.C.§ 3161(h)(7)(A), B(iv).

18

19  IT IS SO ORDERED.

20     Dated:  **April 20, 2022**                 /s/ Barbara A. McAuliffe

21                                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28