PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CESAR CASTRO,<br><br>                              Defendant. | CASE NO.  1:21-CR-00181-DAD-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br><br><br>.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

    1.      The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Francisco Ramirez, by and through his counsel of record, Douglas C. Foster, hereby stipulate as follows.

    2.      The parties have reached a plea agreement in this case.

    3.      The parties ask that the matter to be set for a change of plea before the Honorable Dale A. Drozd on May 31, 2022 at 9:00 AM.

    IT IS SO STIPULATED.

1

Dated:  April 25, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ Katherine E. Schuh
KATHERINE E. SCHUH
Assistant United States Attorney


Dated:  April 25, 2022

/s/Douglas C. Foster
DOUGLAS C. FOSTER
Counsel for Defendant
CESAR CASTRO


**ORDER**

IT IS SO ORDERED.

Dated:    **May 9, 2022**

_____
UNITED STATES DISTRICT JUDGE

2