DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JOSE JESUS TORRES GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00181-ADA |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| CESAR CASTRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for September 6, 2022, may be continued to October 11, 2022 at 8:30 am.

Defense counsel will be engaged in a jury trial on the date presently set for sentencing and will need additional time to file a sentencing memorandum.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

          PHILLIP A. TALBERT
          United States Attorney

DATED:          /s/ Justin Gilio
          LAUREL MONTOYA
          Assistant United States Attorney
          Attorney for Plaintiff

DATED:          /s/ Douglas C. Foster
          DOUGLAS C. FOSTER
          Law Offices of Douglas C. Foster
          Attorney for Defendant
          CESAR CASTRO

## **ORDER**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to October 11, 2022 at 8:30 am.

IT IS SO ORDERED.

Dated:   September 1, 2022

                              UNITED STATES DISTRICT JUDGE